IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02145-MSK-BNB

JASON MARTINSON,

Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to File Second Amended Complaint** [docket no. 22, filed November 3, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Second Amended Complaint and Jury Demand for filing.  Defendants have ten (10) days from filing to answer.


DATED:  November 3, 2009