IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02145-MSK-BNB

JASON MARTINSON,

Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., and
TRAVIS JUSTUS, Owner of Professional Bureau of Collections of Maryland, Inc.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Rule 60(a) Motion for Correction of the November 3, 2009 Minute Order Granting Plaintiff's Unopposed Motion to File Second Amended Complaint and Providing Defendants Ten (120) Days from the Filing to Answer** [docket no. 34, filed November 16, 2009] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED.  Defendant Professional Bureau of Collections of Maryland, Inc. must file an answer within ten (10) days from the filing of the Second Amended Complaint and defendant Travis Justus has to and including December 29, 2009, in which to file an answer or response.


DATED:  November 17, 2009