IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02145-MSK-BNB

JASON MARTINSON,

Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., and
TRAVIS JUSTUS, Owner of Professional Bureau of Collections of Maryland, Inc.,

Defendants.

_____

**ORDER**
_____

After reviewing the parties' confidential settlement statements, I have concluded that a settlement conference at this time would be a waste of resources. Accordingly,

IT IS ORDERED that the settlement conference set for December 8, 2009, at 3:00 p.m., is VACATED.

Dated December 4, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge